# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132475

BERGESEN & CLARK, P.L.C.,
      Plaintiff-Appellant,

v

                                      SC: 132475
                                      COA: 271662

DAVID M. BUEGELEISEN,
              Defendant-Appellee.

                                        Oakland CC: 2002-038293-CK

_____/

On order of the Court, the application for leave to appeal the August 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

d0122

_____
Clerk